No. 1081, Misc. Ex parte Lee. Motion for leave to file petition for writ of habeas corpus denied. Mr. Justice Black took no part in the consideration or decision of this application.

No. 2, Misc. Copley v. Adams, Warden;
No. 8, Misc. McClure v. Adams, Warden; and
No. 10, Misc. Clark v. Adams, Warden. The motions to substitute Otto C. Boles in the place of D. E. Adams as the party respondent are granted. The petitions for writs of certiorari to the Supreme Court of Appeals of West Virginia are denied. Petitioners pro se. Fred H. Caplan and Clement R. Bassett, Assistant Attorneys General of West Virginia, for respondent.

No. 633. General Gas Corp. v. Commissioner of Internal Revenue. C. A. 5th Cir. Certiorari denied. Paul O. H. Pigman and Charles W. Wilson for petitioner. Solicitor General Cox, Assistant Attorney General Oberdorfer and Carolyn R. Just for respondent.

No. 670. Association for the Preservation of Freedom of Choice, Inc., et al. v. Power et al., constituting the New York City Board of Elections, et al. Court of Appeals of New York. Certiorari denied. Alfred Avins for petitioners. Leo A. Larkin and Seymour B. Quel for respondents constituting the New York City Board of Elections.